**FILED - GR**
August 20, 2025 12:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: ___ / 8/20

UNITED STATES DISTRICT COURT

For the

Western District of Michigan

1:25-cv-980
Robert Jonker- U.S. District Judge
Sally Berens- U.S Magistrate

Teresa Wyscoki

Plantiff

V.

Civil

Jury Trial: Yes

Newrez LLC

Defendant

### COMPLAINT FOR CIVIL CASE

The Parties to This Complaint

**The Plaintiff**

Teresa Wyscoki

2250 Clarion Ave SW

Wyoming, Michigan 49519

(616) 329-7229

Horsepassion1966@gmail.com

**The Defendant**

Newrez LLC

110 Virginia Dr.

Suite 125

Fort Washington, PA 19034

(888) 673-5521

Email: UNKNOWN

**Bais for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28

U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?

Answer is: Federal question.

>   **Real Estate Settlement Procedures Act (RESPA):** This Act, specifically 12 U.S.C. § 2605, and its implementing regulation, **Regulation X (12 C.F.R. § 1024.37)**, govern force-placed insurance at the federal level

If the Basis for Jurisdiction I Diversity of Citizenship

>   The plaintiff is an individual:
>
>   The plaintiff is Teresa Wyscoki, a citizen of the State of Michigan.
>
>   The Defendant is an corporation
>
>   The defendant, Newrez LLC, is incorporated under the State of Pennsylvania, and has its principal place of business in the state of Pennsylvania.

The Amount in Controversy

>   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because the defendant actions negligence towards the plaintiff is not ethical.

### Statement of Claim

>   Teresa bought house around December 2002
>
>   First financed through a bank (Republic Bank) and held a full-time job with Patten Monument from 1988 until 2017 nearly 29 years.
>
>   Teresa had to leave her job due to health problems. Currently collects Social Security Disability Insurance or SSDI.

She needs lower or better payment plans due to income changes.

She refinanced (February 2020 and 2022) with Newrez Inc or Shellpoint.

According to Shellpoint website they are doing business as (DBA) Newrez Inc.

On or about August 2024 Teresa's bank (Chase Bank) has sent her normal payment on her mortgage to her home. According to her bank records.

On her statement from Newrez it shows that they have never received it, and no proper credit was recorded however it has shown a very interesting transaction Hazard Distribution of 877.00 that was charged to her account. No explanation was given.

On or about July 2025, Teresa received a letter from Newrez stating that she needs to provide proof of hazard coverage of her home.

Or she will place lender-place insurance coverage on her property at her expense.

She was provided with options to solve the issues.

Her current homeowner insurance is with State Farm Insurance.  Teresa asked State Farm to send them the policy of her insurance. Which was one option.

State Farm Insurance tried to send them information from a given web site of https://www.ExpressinsuranceInfo.com/****9836.  It got rejected due to no valid e-mail address or fax number. They have wish to have this information safely.

Teresa became frustrated with the issues and had a good friend to investigate.  James Offringa has an educational background in computer science.  James graduated from Davenport University with a double major in computer science and network security.

According to James findings, he has found major concerns about the web site http:// www.ExpressinsuranceInfo.com. The web site that James have seen is a phishing web site due to many things that are not adding up.  No phone numbers or e-mail or fax listed on the web site.  He also did some further investigation by using an "whois" search engine.  He has found that the web site has no names or

owner or any trace of who owns it, and all information has been redacted. Which means it can be a phishing site.

Teresa made a payment around August 1, 2025 and few days later she learned that the payment was refused by Newrez LLC. The monies were returned to her account. As of this writing, she sent the payment on August 19th.

Teresa has made few phone calls and did some research; she has placed a call to Newrez to find out what is going on. Before any conversation Newrez made a statement about "Debit Collections Advisory" and "any information will or may be used against her". Trying to find out why the payment was rejected. She could not get a straight answer, but she has informed her she will resend the payment again.

It has been a constant battle for Teresa to get straight answers and try to keep her end of the bargain of her home mortgage.

Insurance issues and unwanted charges for insurance

Possible Phishing web site

Missed payments log on their behalf

Strange opening of their phone call about "Debit Collections Advisory" where it should be Escrow account management. Where different rules are involved. Teresa has signed up for refinance not a collection agreement. Therefore, Newrez LLC must follow all fiduciary rules such as loyalty, obedience, confidentiality, disclosure, accounting and reasonable care.

**Relief**

Teresa is asking for punitive damages and wasted her time doing research and phone calls of 10,000,000.00. Also, forced Newrez to use any Debit Collection Avice to all contracted mortgage holders where they are contracted as Escrow account management. All future defaults must be done with a neutral party to avoid conflicts of interest.

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing

8-20-25

Signature of Plaintiff

*Teresa Wysocki*

Printed name of plaintiff

TERESA WYSOCKI